## AFFIDAVIT IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael Velazquez, being duly sworn, hereby depose and state:

1. I am a Special Agent with the FBI and have been so employed since 2018. I have previously been employed with the FBI since 2014 in administrative and intelligence positions. I am currently assigned to the FBI Norfolk Field Office. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests for the offenses enumerated in Title 18 of the United States Code. I am responsible for investigating crimes which include, but are not limited to, threatening communications and obscenity. Throughout my tenure with the FBI, I have participated in multiple roles in investigations related to various federal violations including violent crimes, drug related crimes, white collar crimes, and terrorism.

2. The information set forth in this affidavit is known to me as a result of an investigation personally conducted by myself and other law enforcement officers. Thus, the statements in this affidavit are based in part on information provided by other federal agents and investigators employed by local governments.

3. This affidavit is based upon information that I have gained from my investigation, my training, and experience, as well as information gained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Xavier Joseph Stafford ("STAFFORD") has committed violations of the criminal

1

statutes listed below.

## **STATUTORY AUTHORITY**

4.  This affidavit supports an application for a criminal complaint charging STAFFORD with Interstate Communications, in violation of 18 U.S.C. § 875(c), Distribution of Obscene Visual Representations of the Sexual Abuse of Children, in violation of 18 U.S.C. § 1466A(a)(2) and Possession of Obscene Visual Representations of the Sexual Abuse of Children, in violation of 18 U.S.C. § 1466A(b)(2).

5.  18 U.S.C. § 875(c) prohibits a person from transmitting in interstate or foreign commerce, any communication containing any threat to injure the person of another. Any person who violates Title 18, U.S.C. § 875(c) shall be fined under this title or imprisoned not more than 5 years, or both.

6.  18 U.S.C. § 1466A(a)(2) prohibits a person from producing, distributing, receiving, or possessing with intent to distribute, a visual depiction of any kind, including a drawing or cartoon that depicts an image that is or appears to be a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse when the image lacks serious literary, artistic, political, or scientific value. Any person who violates 18 U.S.C. § 1466A(a) shall be subject to the penalties provided in Title 18 § 2252A(b)(1). Title 18 § 2252A(b)(1) provides punishment that the offending individual shall be fined under this title and imprisoned not less than 5 years and not more than 20 years.

7.  18 U.S.C. § 1466A(b)(2) prohibits a person from possessing a visual depiction of any kind, including a drawing or cartoon, that depicts an image that is or appears to be a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse when the image lacks serious literary, artistic, political, or scientific value. Any person who violates 18 U.S.C.

2

§ 1466A(b) shall be subject to the penalties provided in Title 18 § 2252A(b)(2). Title 18 § 2252A(b)(2) provides punishment that the offending individual shall be fined under this title and imprisoned not more than 10 years.

## PROBABLE CAUSE

8.  On or about January 17, 2025, Officer S.S., a Williamsburg, Virginia police officer, made contact with STAFFORD in the course of his normal law enforcement duties. S.S. asked STAFFORD to move his vehicle, a 2019 white Nissan van bearing Virginia license plate TVD8149, off of private property in Williamsburg, Virginia.

9.  On or about February 14, 2025, S.S. again made contact with STAFFORD in the course of his normal law enforcement duties and again asked STAFFORD to move his vehicle, a 2019 white Nissan van bearing Virginia license plate TVD8149, off of private property. During the encounter, S.S. provided STAFFORD with S.S.'s business card. STAFFORD referred to S.S. as a rookie during the encounter. S.S. is a Hispanic male.

10.  On or about February 15, 2025, email account GoodnightPig@protonmail.com sent an email to S.S.'s official law enforcement email address. The email subject line stated: "Goodnight, Pig. – Hello, Officer [name redacted]! – 1". The body of the email included: "Hello, Officer Spic. Oh, my apologies, I meant to say "Officer" [name redacted]! How does it feel to support the suppressor of your own people? You and your wife, moved to Virginia, to secure a future with the American Dream. Only for dream to fucking fail. Landing you as a piece of shit rookie, in one of the worlds most useless police departments. We're an organization that deals with pigs like you. The ones that want to step out-of-line. The ones that like to harass innocent people for a lousy paycheck. You're not Officer Nolan, from The Rookie. You're that piece of shit, out-of-shape, background character that gets killed in the very first episode. You're a fucking

pig, [name redacted]. A hispanic one trying to follow the footsteps of his white enslavers. You will never be like them. You will never be white. All you will ever be is a stupid fucking spic."

11. On March 14, 2025, your Affiant interviewed S.S. S.S. stated he did not see the February 15, 2025, email from the email account GoodnightPig@protonmail.com until February 24, 2025, because it went to his spam folder. S.S. told your Affiant that if S.S. had seen this email, he would have immediately known that STAFFORD was the sender because the email referenced S.S. being a rookie. S.S. told your Affiant that no one else that S.S. had encountered during that time frame had referred to him as a rookie.

12. On or about February 18, 2025, email account GoodnightPig@protonmail.com sent an email to S.S.'s official law enforcement email address. The body of the email included: "I'm going to rape your little girl, [name redacted]. She going to be my little Mexican cumslut, and you can help wipe the cum off her face, you fucking bitch. We know where you live, faggot. Your house is a one-story, total fucking shithole. Your whore daughter is going to grow up knowing that her daddy won't be able to afford her shit. But, don't worry. I'll be her new father now. ;)."

13. The February 18, 2025, email referenced above contained two animated images. Your Affiant reviewed the images, and they depict a young tan skinned female with undeveloped breasts being vaginally penetrated by a proportionally much larger penis while the female is being choked. The email concluded with text below these images stating: "just like that, spic. ;)".

14. In his interview with the FBI referenced above, S.S. told your Affiant that he has a minor daughter.

15. The February 18, 2025, email referenced above also included a live photo. Your Affiant reviewed the live photo, and the live photo repeatedly loops several frames of consecutive images, of S.S.'s house. S.S. provided this email, including this image, directly to your Affiant.

Additionally, during S.S.'s March 14, 2025, interview with the FBI, S.S. described this image to your Affiant. The image showed the inside of S.S.'s house through a front window. The image showed a specific balloon inside S.S.'s home. S.S. told your Affiant that he purchased the balloon on or about February 14, 2025, and he removed the balloon on or about February 17, 2025. S.S. told your Affiant that his home is located in James City County which is within the Eastern District of Virginia.

16. In his interview with the FBI referenced above, S.S. told your Affiant that he reviewed his bodycam footage on February 19, 2025. S.S. told your Affiant that upon reviewing his February 14, 2025, encounter with STAFFORD, S.S. notified his command staff that STAFFORD was potentially behind the emails.

17. Your Affiant reviewed the February 19, 2025, James City County Police report and learned that on February 19, 2025, James City County Police conducted an exigent ping request for STAFFORD's phone in order to locate him based on the nature of the threats. In that same report, James City County Police then located STAFFORD and arrested him for two state felonies and four state misdemeanors. These charges included written threats and production or possession for sale of obscene material.

18. On March 14, 2025, your Affiant interviewed a James City County Police detective who confirmed that James City County Police seized a cellular telephone, laptop computer, and an SD card from STAFFORD's previously described vehicle, which he was driving at the time of his arrest, pursuant to the motor vehicle search warrant exception.

19. Based on body worn camera footage taken by S.S. and reviewed by your Affiant, your Affiant believes that during the previously described January 17, 2025, and February 14, 2025, encounters between S.S. and STAFFORD, STAFFORD was the only known person in the

vehicle.

20. Based on the previously described FBI interview of a James City County Police detective, your Affiant believes that at the time of STAFFORD's arrest by James City County Police, STAFFORD was the only known person in the vehicle.

21. Based on the previously described FBI interview of a James City County Police detective, your Affiant believes that at the time of STAFFORD's arrest and the seizure of these devices, the cellular phone was in the front area of the vehicle within reach of STAFFORD from the driver's seat, and the laptop computer and SD card were located in one or more backpacks in the rear compartment of the van.

22. In his interview with the FBI, S.S. told agents that after STAFFORD was arrested S.S. did not receive any additional threatening emails.

23. On February 27, 2025, your Affiant accessed online information provided by Proton Mail and found that all Proton Mail data centers are located in Switzerland, Germany, and Norway. Your Affiant did not find any information provided by Proton Mail indicating that Proton Mail maintains any servers or data centers within the United States.

24. On February 25, 2025, your Affiant reviewed the February 18, 2025 email header information which showed an IP address 185.70.40.137 as the "permitted sender." Your Affiant conducted a Whois search of this IP address which revealed that it was associated with Proton Mail and an address of Route de la Galaise 32, 1228 Plan-les-Ouates, Switzerland.

25. On March 7, 2025, your Affiant collected all three previously described devices from James City County Police and transported them to the FBI Norfolk Field Office located at 509 Resource Row, Chesapeake, Virginia 23320, where your Affiant turned the items over to the FBI Norfolk Evidence Control Room.

26. On March 17, 2025, your Affiant met with United States Magistrate Judge Douglas E. Miller and obtained a search warrant for the three previously described devices.

27. In April 2025 your Affiant reviewed the contents of the cellular telephone belonging to STAFFORD. Your Affiant saw the image of S.S.'s home referenced previously. Your Affiant believes it was taken on or about February 15, 2025, based on a review of the metadata which showed that the image was created on February 15, 2025.

28. Your Affiant also saw images of the inside of S.S.'s garage. Your Affiant believes this is S.S.'s garage because of geographic metadata associated with the images. Based on review of the metadata associated with these images, your Affiant believes they were taken on or about February 14, 2025. The metadata associated with these images showed that they were created on February 14, 2025.

29. Your Affiant also reviewed the contents of the phone and found satellite images of S.S.'s home with superimposed text stating: "We know where you live, [name redacted]."

30. Your Affiant also reviewed the contents of the phone and found images showing the creation of a Proton Mail account with the password "IFuckingHatePigs1969!".

31. In my review of the contents of the phone, your Affiant also found images depicting obscene visual representations of the sexual abuse of children. A sampling of the images and video files contained within STAFFORD's phone are as follows:

   a. An image file titled, TAbii.png. This image depicted a pre-pubescent female being vaginally penetrated by a male's penis. The male is simultaneously inserting his thumb into the female's left eye socket and her eye is missing.

   b. An image file titled, powerpack-katie2.png. This image depicted a pre-pubescent female with her arms restrained behind her back and her mouth held open by a strap and hooks. The female is being vaginally penetrated by a male and two additional penises have ejaculated onto the female's torso.

7

c. An image titled, ECEBABB1AA9B4B44A1182357391DAB07F3018F7B-blob. This image depicted a pre-pubescent female being vaginally penetrated by a male's penis, while simultaneously being orally penetrated by another male's penis. The image includes text bubbles similar to those commonly seen in comic strips. The text bubbles comment on how young the female is, and include a threat to tell the female's parents that she stole something if she does not perform oral sex in a specific manner.

d. An image titled, 007903CF-F75B-494E-AA75-E65BED311E64_4_5005_c.jpeg. This image depicted a pre-pubescent female engaging in bestiality with a pig. The image includes text stating: "Satisfied with Mabel's vagina, Waddles began to pick up speed".

e. An image titled, 4B9155F3B4F68C1028830510B4A7777603EF2BDD-blob. This image depicted an adult male and pre-pubescent female from the animated children's television show "Rugrats", in which the two characters are depicted as uncle and niece. The image depicted the adult male vaginally penetrating the pre-pubescent female with his penis. The image includes text bubbles similar to those commonly seen in comic strips. The text bubbles show the adult male stating that he needed to punish the pre-pubescent female, and the pre-pubescent female stating that she was in pain and asking the adult male to stop.

f. An image titled, 3301C46D4C482ECA504285799739C0A0BA980AD7-blob. This image depicted the previously described tan skinned female with undeveloped breasts being vaginally penetrated by a proportionally much larger penis while the female is being choked.

## CONCLUSION

32. Based upon the facts set forth above, I respectfully submit that probable cause exists to charge Xavier Stafford with committing violations of 18 U.S.C., § 875(c), Interstate Communications, 18 U.S.C. § 1466A(a), Distribution of Obscene Visual Representations of the Sexual Abuse of Children, and 18 U.S.C. § 1466A(b), Possession of Obscene Visual Representations of the Sexual Abuse of Children.

_Michael Velazquez_
Michael Velazquez
Special Agent
Federal Bureau of Investigation

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Therese O'Brien.

8

Reviewed: _____
Therese O'Brien
Assistant United States Attorney

Subscribed and sworn to before me this 29th day of April 2025, in the City of Norfolk, Virginia.

_____
UNITED STATES MAGISTRATE JUDGE

Douglas E. Miller
United States Magistrate Judge