IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 4:25-cr 40 |
| v. | ) |
| | ) 18 U.S.C. § 1466A(a)(2) |
| XAVIER JOSEPH STAFFORD, | ) Distribution of Obscene Visual Representations |
| | ) of the Sexual Abuse of Children |
| Defendant. | ) (Count 1) |
| | ) |
| | ) 18 U.S.C. § 1467(a) |
| | ) Criminal Forfeiture |
| | ) |
| | ) |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

GENERAL ALLEGATIONS

1. On or about February 14, 2025, and on or about February 15, 2025, Police Officer 1 made contact with the defendant during the course of his normal law enforcement duties. On both dates, Police Officer 1 asked the defendant to move his vehicle off of private property in Williamsburg, Virginia.

2. On or about February 18, 2025, the defendant sent Police Officer 1 an email threatening to rape Police Officer 1's minor daughter. In that email, the defendant sent two obscene animated images which depicted a minor engaging in genital-genital intercourse.

1

## COUNT ONE
(Distribution of Obscene Visual Representations of the Sexual Abuse of Children)

On or about February 18, 2025, in the Eastern District of Virginia and elsewhere, XAVIER JOSEPH STAFFORD, the defendant herein, knowingly distributed one or more visual depictions that depict a minor engaging in sexually explicit conduct and are obscene, to wit: obscene animated image files depicting a tan skinned female with undeveloped breasts being vaginally penetrated by a proportionally larger penis while the female is being choked, that were mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and were produced using materials that were mailed and shipped and transported in interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 1466A(a)(2).)

## CRIMINAL FORFEITURE

1. The defendant, if convicted of the violation in Count One of this information, shall forfeit to the United States, as part of the sentencing pursuant to the Federal Rule of Criminal Procedure 32.2

   a. Any obscene material produced, transported, mailed, shipped, or received as part of the violation;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violation; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3. The property subject to forfeiture includes, but is not limited to, the following:

   a. A black Samsung cellular telephone, model SM-S546VL(GP), IMEI: 355968932524316, in the custody of the Federal Bureau of Investigation since July 18, 2024.

(In accordance with Title 18, United States Code, Section 1467(a).)

<u>United States v. Xavier Joseph Stafford</u>
Criminal No. 4:25-cr-____

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: _____
Therese N. O'Brien
Assistant United States Attorneys
United States Attorneys' Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Phone: (757) 591-4027
Fax: (757) 591-0866
Email: therese.o'brien@usdoj.gov

4